UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VINCENT COLONNA,

Plaintiff,

-vs-                                             CASE NO.:  3:16-CV-01339-HLA-PDB

SYNCHRONY BANK and
ALLIED INTERSTATE, INC.

Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, VINCENT COLONNA, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, VINCENT COLONNA, and Defendants, SYNCHRONY BANK and ALLIED INTERSTATE, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished via Electronic Filing this 1st day of June, 2017 to all parties of record.

/S/ Shaughn C. Hill, Esquire
Shaughn C Hill, Esquire
Morgan & Morgan, Tampa,  P.A.
One Tampa City Center
Tampa, FL 33602
Tele:  (813) 223-5505
Fax:  (813) 223-5402
shill@forthepeople.com
Florida Bar #: 0105998
Attorney for Plaintiff