UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**VINCENT COLONNA**,

    Plaintiff,

v.                                CASE NO.   3:16-cv-1339-J-25PDB

**SYNCHRONY BANK** and
**ALLIED INTERSTATE, INC.**,

    Defendants

---

## O R D E R

Pursuant to the Notice of Pending Settlement (Dkt. 21), and in accordance with Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is,

**ORDERED** and **ADJUDGED**:

1. That this case is hereby **DISMISSED** subject to the right of any party to move the Court within sixty (60) days hereof to enter a stipulated form of final order or judgment; or, on good cause shown, to reopen this case for further proceedings.

2. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 6th day of June, 2017.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record